1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  MARLA K. LETELLIER, CSBN 234969
   Special Assistant United States Attorney
7          Social Security Administration
8          160 Spear Street, Suite 800
           San Francisco, CA  94105
9          Telephone: (415) 977-8928
10         Facsimile: (415) 744-0134
           Email: Marla.Letellier@ssa.gov
11 Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARWAR MUHAMMAD SAFI,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 2:19-cv-08065-KK<br><br>[PROPOSED] JUDGMENT OF REMAND |

1  The Court having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3  ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT
4  IS HEREBY ORDERED, ADJUDGED AND DECREED that the above
5  captioned action is remanded to the Commissioner of Social Security for further
6  proceedings consistent with the terms of the Stipulation to Remand.

DATED:  August 5, 2020



HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

Proposed Order re Stipulation for Extension of Briefing Schedule

1